**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley   #199103
Jena M. Graykowski   #276420

Attorneys for:   Defendants, Halliburton Energy Services, Inc. and Multi-Chem Group, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SAILES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MULTI-CHEM GROUP, LLC; HALLIBURTON ENERGY SERVICES, INC.; RAY ENGLE; DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 1:14-CV-01363<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING MEDIATION AND BINDING ARBITRATION**<br><br>**(Doc. 19)**<br><br><br>**Judge: Magistrate, Jennifer L. Thurston** |

### RECITALS

Defendants Multi-Chem Group, LLC and Halliburton Energy Services, Inc. (collectively, "Defendants") filed a Motion to Compel Arbitration pursuant to the Halliburton Company Dispute Resolution Process ("Halliburton DRP").

In lieu of opposing Defendants' Motion to Compel Arbitration, Plaintiff Denise Sailes ("Plaintiff") agrees to submit all of her claims in Case No. 1:14-cv-01363 ("Litigation") to mediation pursuant to the Halliburton DRP. If mediation does not resolve the Litigation, Plaintiff further agrees to submit all of her claims in this Litigation to binding arbitration pursuant to the Halliburton DRP.

The Parties agree that proceedings in this Court shall be stayed pending the completion of the mediation and if necessary, binding arbitration. The Parties further agree that this Court shall retain jurisdiction to confirm the arbitration award, if any, and to enter judgment, if any, for the purposes of enforcement.

# STIPULATION

Defendants, by and through their counsel of record, Michael S. Helsley, of the law firm Wanger Jones Helsley PC, and Plaintiff, by and through her counsel Randall Rumph, hereby stipulate as follows:

1. The Parties will attend mediation pursuant to the Halliburton Company Dispute Resolution Program;

2. All of Plaintiff's claims in this Litigation will be submitted to mediation;

3. If mediation does not resolve this Litigation, the Parties will attend binding arbitration pursuant to the Halliburton Company Dispute Resolution Program;

4. If mediation does not resolve this Litigation, all of Plaintiff's claims in this Litigation shall be submitted to binding arbitration pursuant to the Halliburton Company Dispute Resolution Process;

5. All proceedings in this Court shall be stayed to allow the completion of mediation and if necessary, binding arbitration; and

6. The Court shall retain jurisdiction to confirm the arbitration award, if any, and enter judgment, if any, for the purposes of enforcement.

**IT IS SO STIPULATED.**

DATED: January 6, 2015            **WANGER JONES HELSLEY PC**

By /s/ Michael S. Helsley
    Michael S. Helsley
    Jena M. Graykowski, Attorneys for
    Defendants, Halliburton Energy Services, Inc.
    and Multi-Chem Group, LLC

DATED: January 6, 2015            **RANDALL RUMPH**

By /s/ Randall Rumph
    Randall Rumph
    Attorney for Plaintiff Denise Sailes

**ORDER**

1. The stipulation of the parties to remand this matter to arbitration is **GRANTED**;

**2.** The matter is **STAYED**[1] to allow the completion of the arbitration; and

3. Every 120 days **and** no later than 30 days after the issuance of the arbitrator's decision, counsel **SHALL** file a joint status report; and

4. The Court retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

IT IS SO ORDERED.

Dated:   **January 8, 2015**                    /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The FAA provides, "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . ." 9 U.S.C § 3.