# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SAILES, | ) Case No.: 1:14-cv-01363 JLT |
| Plaintiff, | ) |
| v. | ) ORDER AFTER NOTICE OF SETTLEMENT |
| NULTI-CHEM GROUP, LLC, et al., | ) (Doc. 22) |
| Defendants. | ) |

On September 4, 2015, Plaintiff notified the Court that the parties were able to achieve a compromise, settling this matter. (Doc. 22) Plaintiff anticipates filing the request for dismissal shortly. Id. Therefore, the Court **ORDERS**:

1. The stipulation for dismissal of the matter **SHALL** be filed no later than **October 2, 2015**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **September 9, 2015**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE