UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SAILES,<br><br>  Plaintiff,<br><br>  v.<br><br>MULTI-CHEM GROUP, LLC, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01363 JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On September 4, 2015, Plaintiff notified the Court that the parties were able to achieve a compromise, settling this matter. (Doc. 22) Therefore, the Court ordered the parties to file a stipulation for dismissal of the matter "no later than October 2, 2015." (Doc. 23) To date, the parties have not filed a stipulation.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order

1

requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the parties are **ORDERED** to show cause within 14 days of the date of service of this Order why sanctions should not be imposed for failure to prosecute and failure comply with the Court's order, or in the alternative, to file the proposed class notice.

IT IS SO ORDERED.

Dated:   **October 5, 2015**               **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE