**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE SAILES,<br><br>      Plaintiff,<br><br>    v.<br><br>MULTI-CHEM GROUP, LLC, et al.,<br><br>      Defendants. | Case No.: 1:14-cv-01363 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 5, 2015 (Doc. 24)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION PURSUANT TO THE PARTIES' RULE 41 STIPULATION (Doc. 25) |

On September 4, 2015, Plaintiff notified the Court that the parties achieved a compromise, settling this matter. (Doc. 22)  The Court ordered the parties to file a stipulation for dismissal "no later than October 2, 2015." (Doc. 23)  When the parties failed to comply, the Court issued an order to show cause why sanctions should not be imposed. (Doc. 24)  In response, the parties filed a stipulation for dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Doc. 25), which permits a plaintiff to dismiss an action without a court order if all of the parties appearing so stipulate. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated October 5, 2015 is **DISCHARGED**; and
2. The Clerk of Court **SHALL** close this matter, based upon the stipulation of the parties.

IT IS SO ORDERED.

Dated: **October 6, 2015**                  **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE